UNITED STATES BANKRUPTCY COURT      SOUTHERN DISTRICT OF TEXAS

## Motion and Order for Admission *Pro Hac Vice*

| Division | HOUSTON | Main Case Number | 24-90165 |
|---|---|---|---|
| | Debtor | In Re: | Curo Group Holdings Corp. |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Joshua A. Feltman<br>Wachtell, Lipton, Rosen & Katz<br>51 West 52nd Street<br>New York, NY 10019<br>212.403.1000<br>NY - 4171856 |
|---|---|

| Name of party applicant seeks to appear for: | Ad Hoc Group and Alter Domus (US) LLC |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes _____   No ___✓___

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 3/25/2024 | Signed: /s/ Joshua A. Feltman |
|---|---|

The state bar reports that the applicant's status is:

| Dated: | Clerk's signature: |
|---|---|

| **Order** | **This lawyer is admitted *pro hac vice*.** |
|---|---|

Dated: _____     _____

                                United States Bankruptcy Judge