IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| CURO Group Holdings Corp., *et al.*, | ) ) ) | Case No. 24-90165 |
| Debtors.[1] | ) ) ) | (Joint Administration Requested) |

NOTICE OF APPEARANCE AND
REQUEST FOR SERVICE AND NOTICE

**PLEASE TAKE NOTICE** that Vinson & Elkins LLP ("*V&E*") and Wachtell, Lipton, Rosen & Katz ("*Wachtell Lipton*") appear as counsel to (i) that certain ad hoc group of lenders under the Debtors' prepetition first lien term loan facility and holders of the Debtors' prepetition 7.50% Senior 1.5 Lien Secured Notes due 2028 and prepetition second lien 7.500% Senior Secured Notes due 2028 represented by V&E and Wachtell Lipton (the "*Ad Hoc Group*")[2] and (ii) Alter Domus (US) LLC, in its capacities as (x) Administrative Agent and Collateral Agent under the Debtors' prepetition first lien term loan facility and (y) proposed DIP agent under the Debtors' proposed DIP financing agreement (in each such capacity, collectively, the "*Agent*") in the above-captioned chapter 11 cases pursuant to section 1109(b) of title 11 of the United States Code and Rules 2002, 3017(a), 9007, and 9010 of the Federal Rules of Bankruptcy Procedure (the "*Bankruptcy Rules*") and request that all notices given or required to be given and all papers

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://dm.epiq11.com/Curo. The location of the Debtors' corporate headquarters and service address for purposes of these chapter 11 cases is 301 N. Main St. 23rd Floor, Greenville, SC 29601.

[2] The Ad Hoc Group is composed of certain funds associated with Caspian Capital, LP; Empyrean Capital Partners, LP; and Oaktree Capital Management.

served or required to be served by U.S. Mail and by email in the above-captioned cases be given to and served upon:

|  |  |
|---|---|
| **VINSON & ELKINS LLP** | **WACHTELL, LIPTON, ROSEN & KATZ** |
| Paul E. Heath | Joshua A. Feltman |
| Matthew D. Struble | Neil M. Snyder |
| Kiran Vakamudi | Michael A. Chaia |
| 845 Texas Avenue | Mitchell S. Levy |
| Suite 4700 | 51 West 52nd Street |
| Houston, Texas 77002 | New York, New York 10019 |
| Telephone: (713) 758-2222 | Telephone: (212) 450-4000 |
| Email: pheath@velaw.com | Email:   JAFeltman@wlrk.com |
|          mstruble@velaw.com |            NMSnyder@wlrk.com |
|          kvakamudi@velaw.com |            MAChaia@wlrk.com |
|  |            MSLevy@wlrk.com |

**PLEASE TAKE FURTHER NOTICE** that this request encompasses all notices, copies, and pleadings, including, without limitation, orders, motions, demands, complaints, petitions, plans of reorganization, disclosure statements, schedules, statements of financial affairs, operating reports, requests, or applications, and any other documents brought before this Court in these cases, whether formal or informal, written or oral, or transmitted or conveyed by mail, hand delivery, delivery service, email, telephone, fax, telex, or otherwise which affect or seek to affect these cases.

**PLEASE TAKE FURTHER NOTICE** that this notice of appearance and request for service is not, and shall not be deemed a waiver of any of the substantive or procedural rights of the Ad Hoc Group or the Agent, including without limitation, the rights to: (i) have final orders in non-core matters entered only after *de novo* review by a District Court judge, (ii) trial by jury in any proceedings so triable in these cases or in any case, controversy, or proceeding related to these cases, (iii) have the United States District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (iv) contest jurisdiction or venue in these cases or in any

2

case, controversy, or proceeding related to these cases, (v) have documents served in accordance with Bankruptcy Rule 7004, or (vi) any rights, claims, actions, defenses, setoffs, or recoupments to which the Ad Hoc Group or the Agent is or may be entitled, under any agreements, in law, in equity, or otherwise, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

*[Remainder of page intentionally left blank.]*

Dated: March 25, 2024

Respectfully submitted,

By: */s/ Paul E. Heath*
**VINSON & ELKINS LLP**
Paul E. Heath (TX 09355050)
Matthew D. Struble (TX 24102544)
Kiran Vakamudi (TX 24106540)
845 Texas Avenue
Suite 4700
Houston, Texas 77002
Telephone: (713) 758-2222
pheath@velaw.com; mstruble@velaw.com; kvakamudi@velaw.com

**COUNSEL TO THE AD HOC GROUP AND THE AGENT**

**WACHTELL, LIPTON, ROSEN & KATZ**
Joshua A. Feltman (*pro hac vice* pending)
Neil M. Snyder (*pro hac vice* pending)
Michael A. Chaia (*pro hac vice* pending)
Mitchell S. Levy (*pro hac vice* pending)
51 West 52nd Street
New York, New York 10019
Telephone: (212) 403-1000
Fax: (212) 403-2000
JAFeltman@wlrk.com; NMSnyder@wlrk.com; MAChaia@wlrk.com; MSLevy@wlrk.com

**COUNSEL TO THE AD HOC GROUP AND THE AGENT**

## CERTIFICATE OF SERVICE

I certify that on March 25, 2024, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

                                       */s/ Paul E. Heath*
                                       One of Counsel