United States Bankruptcy Court
Southern District of Texas
**ENTERED**
April 01, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

|  |  |
|---|---|
| In re: | Chapter 11 |
| CURO Group Holdings Corp., *et al.*, | Case No. 24-90165 (MI) |
| Debtors.[1] | (Joint Administration Requested) |
|  | **Re: Docket Nos. 64, [__]** |

# INTERIM ORDER (I) AUTHORIZING CERTAIN DEBTORS TO ENTER INTO AMENDMENTS TO THE SECURITIZATION TRANSACTION DOCUMENTS AND (II) GRANTING RELATED RELIEF

Upon the motion (the "Motion")[2] of the Debtors for entry of an interim order (this "Interim Order"): (i) authorizing the Canadian Securitization Facilities Debtors to enter into the Canada I Amendment Documents and to perform their obligations thereunder, subject to the terms of the Interim Securitization Order, and (ii) granting related relief, all as more fully set forth in the Motion; and upon the Oppenheimer Securitization Amendments Declaration; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. § 1334; and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and this Court having found it may enter a final order consistent with Article III of the United States Constitution; and this Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that the relief requested in the Motion is in the best interests of the Debtors' estates, their creditors, and other parties in interest; and this Court

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://dm.epiq11.com/Curo. The location of the Debtors' service address for purposes of these chapter 11 cases is 101 N. Main Street, Suite 600, Greenville, SC 29601.

[2] Capitalized terms used but not otherwise defined herein have the meanings ascribed to such terms in the Motion.

4894-1597-4066 v12

having found that the Debtors' notice of the Motion and opportunity for a hearing on the Motion were appropriate under the circumstances and no other notice need be provided; and this Court having reviewed the Motion and having heard the statements in support of the relief requested therein at a hearing, if any, before this Court (the "Hearing"); and this Court having determined that the legal and factual bases set forth in the Motion and at the Hearing (if any) establish just cause for the relief granted herein; and upon all of the proceedings had before this Court; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1. The Debtors are authorized to enter into the Canada I Amendment Documents and to perform their obligations thereunder, subject to the terms of the Interim Securitization Order and the Final Order.

2. After the Debtors' entry into the Canada I Amendment Documents becomes effective, the Canada I Amendment Documents shall be deemed Securitization Transaction Documents for purposes of the Interim Securitization Order and the relief granted thereunder, subject to the terms of the Interim Securitization Order and the Final Order.

3. The Final Hearing on the Motion shall be held on **April 19, 2024, at 10:00 a.m., prevailing Central Time**. Any objections or responses to entry of a Final Order on the Motion shall be filed on or before **4:00 p.m., prevailing Central Time, on April 17, 2024**.

4. The contents of the Motion satisfy the requirements of Bankruptcy Rule 6003(b).

5. Notice of the Motion satisfies the requirements of Bankruptcy Rule 6004(a), and the Bankruptcy Local Rules are satisfied by such notice.

6. Notwithstanding Bankruptcy Rule 6004(h), the terms and conditions of this Interim Order are immediately effective and enforceable upon entry.

4894-1597-4066 v12

7. The Debtors are authorized to take all actions necessary to effectuate the relief granted in this Interim Order in accordance with the Motion.

8. This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Interim Order.

Signed: April 01, 2024

Marvin Isgur
United States Bankruptcy Judge

4894-1597-4066 v12