UNITED STATES BANKRUPTCY COURT	SOUTHERN DISTRICT OF TEXAS

## MOTION AND ORDER
## FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Main Case Number | 24-90165 |
|---|---|---|---|
| Debtor | In Re: | CURO Group Holdings Corp, et al. | |

This lawyer, who is admitted to the State Bar of ___Louisiana___ :

| | |
|---|---|
| Name | Richard A. Rozanski |
| Firm | Richard A. Rozanski, APLC |
| Street | P.O. Box 13199 |
| City & Zip Code | Alexandria, Louisiana 71315 |
| Telephone | (318) 445-5600 Richard@rarlaw.net |
| Licensed: State & Number | Louisiana - 22583 |

Seeks to appear as the attorney for this party:

| CLECO Power, LLC |
|---|
| Dated: 05/07/2024    Signed: Richard A. Rozanski |

COURT USE ONLY: The applicant's state bar reports their status as: _____.

| Dated: | Signed: _____ |
|---|---|
| | Deputy Clerk |

### Order

This lawyer is admitted *pro hac vice*.

Dated: _____    _____
                                United States Bankruptcy Judge