# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| CURO Group Holdings Corp., *et al.*, | Case No. 24-90165 (MI) |
| Debtors.[1] | (Jointly Administered) |
| | **Re: Docket No. 325, 378, 436** |

## NOTICE OF OCCURRENCE OF THE EFFECTIVE DATE

**PLEASE TAKE NOTICE** that on May 16, 2024, the United States Bankruptcy Court for the Southern District of Texas (the "Bankruptcy Court") entered the *Order Approving the Debtors' Disclosure Statement for, and Confirming, the Joint Prepackaged Plan of CURO Group Holdings Corp. and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code* [Docket No. 378] (the "Confirmation Order"), confirming the *Joint Prepackaged Plan of Reorganization of CURO Group Holdings Corp. and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code* [Docket No. 325] (the "Plan").[2] On May 17, 2024, the Debtors received recognition of the Confirmation Order in the Canadian Court.[3]

**PLEASE TAKE FURTHER NOTICE THAT** the Effective Date occurred on **July 19, 2024**. Each of the conditions precedent to consummation of the Plan as set forth in Article IX of the Plan has been either satisfied or waived in accordance with the Plan and the Confirmation Order.

**PLEASE TAKE FURTHER NOTICE THAT**, unless otherwise provided by the Plan, the Confirmation Order, any other applicable order of the Bankruptcy Court, or agreed to by the Holder of an Administrative Claim and the Debtors, the deadline for filing requests for payment of Administrative Claims, other than Professional Fee Claims, is **no later than August 19, 2024** (the "Administrative Claims Bar Date"). Holders of Administrative Claims (other than Professional Fee Claims) that are required to, but do not, file and serve a request for payment of such Administrative Claims by the Administrative Claims Bar Date shall be forever barred, estopped, and enjoined from asserting such Administrative Claims against the Debtors or their property and such Administrative Claims shall be deemed discharged as of the Effective Date.

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/Curo. The location of the Debtors' service address for purposes of these chapter 11 cases is 101 N. Main Street, Suite 600, Greenville, SC 29601.

[2] Capitalized terms used but undefined herein shall have the meanings given to them in the Plan and the Confirmation Order, as applicable.

[3] *See Notice of Action by Foreign Representative*, dated May 28, 2024 [Docket No. 436].

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Plan, the deadline to file all final requests for payment of Professional Fee Claims is **no later than September 3, 2024.** All Retained Professionals must file final requests for payment of Professional Fee Claims by no later than this date to receive final approval of the fees and expenses incurred in the Chapter 11 Cases.

**PLEASE TAKE FURTHER NOTICE THAT** the terms of the Plan and the Plan Supplement are immediately effective and enforceable and deemed binding upon the Debtors, any and all Holders of Claims or Interests (irrespective of whether the Holders of such Claims or Interests accepted or rejected the Plan), all Entities that are parties to or are subject to the settlements, compromises, releases, and injunctions described in the Plan, each Entity acquiring property under the Plan, any and all non-Debtor parties to Executory Contracts and Unexpired Leases with the Debtors, and all other parties in interest and Entities, and their respective successors and assigns.

**PLEASE TAKE FURTHER NOTICE THAT** copies of the Confirmation Order, the Plan, and all documents filed in these Chapter 11 Cases are available free of charge by visiting https://dm.epiq11.com/Curo. You may also obtain copies of any pleadings by visiting the Bankruptcy Court's website at https://ecf.txsb.uscourts.gov in accordance with the procedures and fees set forth therein.

Dated: July 19, 2024
      Houston, Texas

      */s/ Sarah Link Schultz*
      **AKIN GUMP STRAUSS HAUER & FELD LLP**
      Sarah Link Schultz (State Bar No. 24033047;
      S.D. Tex. 30555)
      Patrick Wu (State Bar No. 24117924;
      S.D. Tex. 3872088)
      2300 N. Field Street, Suite 1800
      Dallas, TX 75201-2481
      Telephone: (214) 969-2800
      Facsimile: (214) 969-4343
      Email: sschultz@akingump.com
             pwu@akingump.com

      -and-

      Michael S. Stamer (admitted *pro hac vice*)
      Anna Kordas (admitted *pro hac vice*)
      Omid Rahnama (admitted *pro hac vice*)
      One Bryant Park
      New York, NY 10036-6745
      Telephone: (212) 872-1000
      Facsimile: (212) 872-1002
      Email: mstamer@akingump.com
             akordas@akingump.com
             orahnama@akingump.com

      *Counsel to the Debtors*